## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Charmayne  A. Wynn                                              CHAPTER
                                    Debtor(s)

                                                            BKY. NO. 22-22411 GLT


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the
master mailing list.


     Respectfully submitted,


/s/ **Brian C. Nicholas**
Brian Nicholas
16 Dec 2022, 14:39:52, EST

Brian C. Nicholas, Esq. (317240)  ☑
Denise Carlon, Esq. (317226)      ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com