Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Charmayne A. Wynn** | : | Case No. 22−22411−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related dkt. No. 46 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

     *AND NOW,* this ***The 12th of April, 2024,*** after notice and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22411-GLT |
| Charmayne A. Wynn | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 12, 2024 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charmayne A. Wynn, 321 Princeton Drive, Pittsburgh, PA 15235-4839 |
| 15552398 | + | Auto Use, 45 Haverhill St, Andover, MA 01810-1499 |
| 15552399 | + | Auto Use, Attn: Bankruptcy, 45 Haverhill Street, Andover, MA 01810-1499 |
| 15552406 | + | Chestnut Hills Dental, 320 Center Road, Monroeville, PA 15146-1322 |
| 15552739 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Apr 12 2024 23:56:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2024 00:07:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 12 2024 23:55:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15568660 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:07:13 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15570255 | + | Email/Text: bkfilings@zwickerpc.com | Apr 12 2024 23:56:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15552397 | + | Email/PDF: bncnotices@becket-lee.com | Apr 13 2024 00:07:07 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15552396 | + | Email/PDF: bncnotices@becket-lee.com | Apr 13 2024 00:07:16 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15552400 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2024 23:55:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15552401 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2024 23:55:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15552417 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 12 2024 23:55:00 | Citizens Bank NA, 1 Citizens Dr, Riverside, RI 02915 |
| 15552418 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 12 2024 23:55:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 15564451 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 12 2024 23:55:00 | Citizens Bank, N.A, One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15552421 | | Email/Text: cfcbackoffice@contfinco.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| 15552422 | | Email/Text: cfcbackoffice@contfinco.com | Apr 12 2024 23:55:00 | Continental Finance Company, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| | | | Apr 12 2024 23:55:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15552407 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:07:15 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15552409 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:07:26 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15568662 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:07:25 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15552411 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:07:25 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15552412 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:07:16 | Citibank/Sears, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15552413 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:07:25 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15552414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:07:25 | Citibank/Sunoco, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15552415 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:07:26 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15552416 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:07:07 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15552419 | + | Email/Text: accountservices@consumercollection.com | Apr 12 2024 23:56:00 | Consumer Collection Management, Inc., Pob 1839, Maryland Heights, MO 63043-6839 |
| 15552420 | + | Email/Text: accountservices@consumercollection.com | Apr 12 2024 23:56:00 | Consumer Collection Management, Inc., Attn: Bankruptcy, Po Box 1839, Maryland Heights, MO 63043-6839 |
| 15552434 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:07:07 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15566271 | + | Email/Text: mrdiscen@discover.com | Apr 12 2024 23:55:00 | Discover Bank/Discover Products Inc., P.O. Box 3025, New Albany OH 43054-3025 |
| 15552423 | + | Email/Text: mrdiscen@discover.com | Apr 12 2024 23:55:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15552424 | + | Email/Text: mrdiscen@discover.com | Apr 12 2024 23:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15570382 | + | Email/Text: jdryer@bernsteinlaw.com | Apr 12 2024 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15552425 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 13 2024 00:07:26 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15552427 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 13 2024 00:07:26 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15552429 | + | Email/Text: bankruptcy@sccompanies.com | Apr 12 2024 23:56:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15552430 | + | Email/Text: bankruptcy@sccompanies.com | Apr 12 2024 23:56:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 15552404 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 13 2024 00:07:13 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15552405 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 13 2024 00:07:26 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15552402 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 13 2024 00:07:24 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15558511 | + | Email/Text: RASEBN@raslg.com | Apr 12 2024 23:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15552432 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2024 23:55:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15552431 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2024 23:55:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15567057 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2024 00:07:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15558243 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:07:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15552433 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:19:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15552435 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:07:07 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15567240 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 13 2024 00:07:15 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15552436 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2024 23:56:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15552438 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2024 23:56:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15552440 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 13 2024 00:07:24 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 15552441 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 13 2024 00:07:25 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15552442 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:07:16 | Ollo Card Services, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15552443 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:07:07 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15552444 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2024 00:07:24 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15552450 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2024 00:07:13 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15557864 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2024 00:07:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15565010 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 12 2024 23:56:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15567808 | ^ | MEBN | Apr 12 2024 23:52:46 | Recovery Exchange, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15569761 | | Email/PDF: ebn_ais@aisinfo.com | Apr 13 2024 00:07:26 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15552456 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 13 2024 00:07:06 | Synchrony/HSN, Po Box 965017, Orlando, FL 32896-5017 |
| 15552457 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 13 2024 00:07:06 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15569365 | + | Email/Text: bncmail@w-legal.com | Apr 12 2024 23:56:00 | TD Bank USA, N.A., C O WEINSTEIN & |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 12, 2024 | Form ID: pdf900 | Total Noticed: 67 |

| Recip ID | | Notice Type | | Date/Time | Name and Address |
|---|---|---|---|---|---|
| | | | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15552458 | + | Email/Text: bncmail@w-legal.com | | Apr 12 2024 23:55:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15552459 | + | Email/Text: bncmail@w-legal.com | | Apr 12 2024 23:55:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 62

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15552408 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15552410 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15552426 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15552428 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15552403 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15552437 | *+ | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15552439 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15552445 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15552446 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15552447 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15552448 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15552449 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15552451 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15552452 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15552453 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15552454 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15552455 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024                           Signature:     /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Apr 12, 2024 | Form ID: pdf900 | Total Noticed: 67

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Charmayne A. Wynn julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6