**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   CHARMAYNE A. WYNN                  Case No.:22-22411 GLT

       Debtor(s)

Ronda J. Winnecour                  Document No.:
      Movant
       vs.
No Respondents.

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 12/06/2022  and confirmed on 03/03/2023 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 11,650.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,650.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,297.37 | |
|   Trustee Fee | 693.50 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,990.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIZENS BANK NA | 0.00 | 815.13 | 0.00 | 815.13 |
|    Acct: 8559 | | | | |
|   MIDFIRST BANK | 0.00 | 7,844.00 | 0.00 | 7,844.00 |
|    Acct: 3185 | | | | |
|   MIDFIRST BANK | 739.35 | 0.00 | 0.00 | 0.00 |
|    Acct: 3185 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK-AE | 5,050.89 | 0.00 | 0.00 | 0.00 |
|    Acct: 7000 | | | | |
|   AUTO USE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3411 | | | | |
| | | | | 8,659.13 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   CHARMAYNE A. WYNN | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 2,297.37 | 0.00 | 0.00 |
|    Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8209 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 4,796.93 | 0.00 | 0.00 | 0.00 |
| Acct: 2364 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 2,237.62 | 0.00 | 0.00 | 0.00 |
| Acct: 2118 | | | | |
| LVNV FUNDING LLC | 506.07 | 0.00 | 0.00 | 0.00 |
| Acct: 1743 | | | | |
| LVNV FUNDING LLC | 240.53 | 0.00 | 0.00 | 0.00 |
| Acct: 9589 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,789.79 | 0.00 | 0.00 | 0.00 |
| Acct: 2094 | | | | |
| CITIBANK NA** | 307.75 | 0.00 | 0.00 | 0.00 |
| Acct: 8806 | | | | |
| CITIBANK NA** | 326.50 | 0.00 | 0.00 | 0.00 |
| Acct: 5035 | | | | |
| CONSUMER COLLECTION MANA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6185 | | | | |
| CONTINENTAL FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0288 | | | | |
| DISCOVER BANK(*) | 5,680.72 | 0.00 | 0.00 | 0.00 |
| Acct: 6383 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 909.34 | 0.00 | 0.00 | 0.00 |
| Acct: 2761 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 642.72 | 0.00 | 0.00 | 0.00 |
| Acct: 1271 | | | | |
| GINNYS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 563O | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5662 | | | | |
| MACYS RETAIL HOLDINGS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9273 | | | | |
| MERRICK BANK | 2,316.29 | 0.00 | 0.00 | 0.00 |
| Acct: 5192 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7496 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1978 | | | | |
| ALLY BANK** | 1,203.18 | 0.00 | 0.00 | 0.00 |
| Acct: 0491 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,175.68 | 0.00 | 0.00 | 0.00 |
| Acct: 6256 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,962.65 | 0.00 | 0.00 | 0.00 |
| Acct: 3218 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,519.78 | 0.00 | 0.00 | 0.00 |
| Acct: 3589 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,801.82 | 0.00 | 0.00 | 0.00 |
| Acct: 0482 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,128.76 | 0.00 | 0.00 | 0.00 |
| Acct: 9173 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,087.58 | 0.00 | 0.00 | 0.00 |
| Acct: 2403 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 2,873.45 | 0.00 | 0.00 | 0.00 |
| Acct: 3377 | | | | |
| TD BANK USA NA** | 171.82 | 0.00 | 0.00 | 0.00 |
| Acct: 1754 | | | | |
| RECOVERY EXCHANGE LLC | 186.55 | 0.00 | 0.00 | 0.00 |

| 22-22411 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: 0260 | | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 28.74 | 0.00 | 0.00 | 0.00 |
| Acct: 0312 | | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9173 | | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | AMERICAN EXPRESS NATIONAL BANK-AE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | CITIZENS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                      8,659.13

TOTAL CLAIMED
PRIORITY            0.00
SECURED         5,790.24
UNSECURED      51.894.27

Date: 06/05/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com